**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   LAMONT P DIGGS                          Case No.: 08-08007
         DENICE DIGGS

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/02/2008.

2) This case was confirmed on 06/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2009.

5) The case was dismissed on 02/08/2010.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 28

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   50,295.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 86,657.57 |
| Less amount refunded to debtor | $ | 3,510.00 |
| **NET RECEIPTS** | $ | 83,147.57 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 6,015.54 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 8,515.54 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPIRIT OF AMERICA/LA | UNSECURED | 319.98 | 245.98 | 245.98 | .00 | .00 |
| PHARIA LLC | UNSECURED | 100.00 | 182.71 | 182.71 | .00 | .00 |
| US BANK NATIONAL ASS | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAS SERVICING C | SECURED | 59,835.39 | 60,314.41 | 12,122.46 | 12,122.46 | .00 |
| AMERICAS SERVICING C | SECURED | NA | 5,415.92 | 5,415.92 | 832.64 | .00 |
| BMW FINANCIAL SERVIC | SECURED | 5,593.58 | 5,593.58 | 5,593.58 | 3,026.62 | 233.68 |
| BMW BANK OF NORTH AM | OTHER | NA | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 15,963.27 | 15,896.25 | 15,896.25 | 5,114.39 | 1,239.27 |
| US BANK NATIONAL ASS | SECURED | 260,659.11 | 235,871.84 | 47,674.20 | 47,674.20 | .00 |
| US BANK NATIONAL ASS | SECURED | NA | 28,145.86 | 28,545.86 | 4,388.77 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 58.03 | 12,173.07 | 12,173.07 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 8,738.76 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 8,896.89 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 743.23 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 420.00 | 420.00 | .00 | .00 |
| ADVOCATE SO SUBURBAN | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | OTHER | NA | NA | NA | .00 | .00 |
| AFNI INC | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | NA | 2,310.42 | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,330.00 | 2,310.42 | 2,310.42 | .00 | .00 |
| AMOCO | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| AOL | UNSECURED | 61.80 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARROW FINANCIAL SERV | UNSECURED | NA | NA | NA | .00 | .00 |
| GLOBAL CREDIT | OTHER | NA | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 420.00 | 420.00 | 420.00 | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NA | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 4,144.00 | 4,427.82 | 4,427.82 | .00 | .00 |
| BELL GENERAL OFFICE | UNSECURED | 2,522.00 | NA | NA | .00 | .00 |
| CUSTOMER SERVICE | OTHER | NA | NA | NA | .00 | .00 |
| BETA FINANCE CO | UNSECURED | 4,375.66 | 4,550.88 | 4,550.88 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,655.00 | 3,818.37 | 3,818.37 | .00 | .00 |
| BLATT HASENMILLER LE | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | NA | NA | NA | .00 | .00 |
| GC SERVICES | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,237.89 | 1,237.89 | 1,237.89 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 5,625.92 | NA | NA | .00 | .00 |
| CASH CALL | OTHER | NA | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 2,566.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 275.00 | NA | NA | .00 | .00 |
| CHARTER ONE | UNSECURED | 886.08 | NA | NA | .00 | .00 |
| CHARTER ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | NA | NA | NA | .00 | .00 |
| GARY WHEATON BANK | OTHER | NA | NA | NA | .00 | .00 |
| CHECK SYSTEMS | UNSECURED | NA | NA | NA | .00 | .00 |
| CHICAGO HEALTH CLUB | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 794.00 | NA | NA | .00 | .00 |
| CITI CARD | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CITIZENS FINANCE CO | SECURED | 5,817.91 | 5,893.22 | .00 | .00 | .00 |
| CITIZENS FINANCE CO | OTHER | NA | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | 140.00 | 140.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 380.00 | 491.93 | 491.93 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COMMUNITY HEALTHCARE | UNSECURED | NA | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL P | OTHER | NA | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | NA | 525.00 | 525.00 | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CORPORATE RECEIVABLE | UNSECURED | NA | NA | NA | .00 | .00 |
| DIRECT LOANS | UNSECURED | 4,436.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 180.96 | NA | NA | .00 | .00 |
| ERSI | UNSECURED | 1,549.39 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ERS SOLUTIONS | UNSECURED | 266.64 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NA | 2,613.99 | 2,613.99 | .00 | .00 |
| GE MONEY BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | NA | NA | NA | .00 | .00 |
| GEMB | UNSECURED | 286.00 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 5,217.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | NA | NA | NA | .00 | .00 |
| HELLER & SHAPIRO | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 10,038.94 | 10,050.54 | 10,050.54 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,154.00 | 1,154.40 | 1,154.40 | .00 | .00 |
| HSBC CARD SERVICES | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 484.00 | 438.54 | 438.54 | .00 | .00 |
| HSTN FUNDING | UNSECURED | 6,056.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 321.12 | 321.12 | .00 | .00 |
| ILLIANA NEPHROLOGY A | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 1,404.63 | NA | NA | .00 | .00 |
| JC PENNEY | UNSECURED | NA | NA | NA | .00 | .00 |
| OMNI CREDIT SERVICE | OTHER | NA | NA | NA | .00 | .00 |
| LANSING POLICE & FIR | UNSECURED | 478.00 | NA | NA | .00 | .00 |
| LB CATALOG | UNSECURED | NA | NA | NA | .00 | .00 |
| NEW YORK & COMPANY | UNSECURED | 297.00 | NA | NA | .00 | .00 |
| MACYS | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NA | NA | NA | .00 | .00 |
| METRA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| METRA | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 382.00 | 382.00 | 382.00 | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 2,290.00 | 1,436.53 | 1,436.53 | .00 | .00 |
| NICOR GAS | UNSECURED | 1,530.00 | NA | NA | .00 | .00 |
| NWI PATHOLOGY CONSUL | UNSECURED | 461.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | NA | NA | NA | .00 | .00 |
| PINNACLE FINANCIAL | UNSECURED | NA | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 404.94 | NA | NA | .00 | .00 |
| PROFESSIONAL BUREAU | UNSECURED | 1,071.80 | NA | NA | .00 | .00 |
| PBC PROFESSIONAL | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 7,604.00 | 7,729.14 | 7,729.14 | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 221.21 | 232.48 | 232.48 | .00 | .00 |
| OMNIUM WORLDWIDE | OTHER | NA | NA | NA | .00 | .00 |
| SHELL CITICARD | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITIONS | UNSECURED | NA | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 900.00 | 1,288.00 | 1,288.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SPIEGEL | UNSECURED | NA | NA | NA | .00 | .00 |
| SPEIGEL | OTHER | NA | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | OTHER | NA | NA | NA | .00 | .00 |
| TALBOTS | UNSECURED | 120.00 | 120.08 | 120.08 | .00 | .00 |
| TALBOTS | OTHER | NA | NA | NA | .00 | .00 |
| TARGET | UNSECURED | NA | NA | NA | .00 | .00 |
| THE RECOVERY SERVICE | UNSECURED | 666.16 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,474.00 | 4,520.92 | 4,520.92 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,489.56 | 1,535.20 | 1,535.20 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 254.22 | 254.22 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,172.68 | 2,275.97 | 2,275.97 | .00 | .00 |
| MRS | OTHER | NA | NA | NA | .00 | .00 |
| WOMENS HEALTHCARE GR | UNSECURED | 5.00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| BMW BANK OF NORTH AM | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 8,896.89 | 11,778.24 | 11,778.24 | .00 | .00 |
| T-MOBILE USA | UNSECURED | 400.00 | 273.36 | 273.36 | .00 | .00 |
| US BANK | OTHER | NA | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | NA | 199.64 | 199.64 | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | NA | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | 319.98 | NA | NA | .00 | .00 |
| TARGET | UNSECURED | 100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 59,796.66 | 59,796.66 | .00 |
| Mortgage Arrearage | 33,961.78 | 5,221.41 | .00 |
| Debt Secured by Vehicle | 21,489.83 | 8,141.01 | 1,472.95 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 115,248.27 | 73,159.08 | 1,472.95 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 12,173.07 | .00 | .00 |
| **TOTAL PRIORITY:** | 12,173.07 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 65,375.37 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 8,515.54 |
| Disbursements to Creditors | $ | 74,632.03 |
| **TOTAL DISBURSEMENTS:** | $ | 83,147.57 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    08/10/2010                              /s/ Tom Vaughn
                                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**